Case 1:04-cv-06767-REC-TAG   Document 27   Filed 10/19/05   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GRAULICH,<br><br>Plaintiff,<br><br>vs.<br><br>KERN SCHOOLS FEDERAL CREDIT UNION;<br>and Does 1 through 10, Inclusive.<br><br>Defendants. | CASE NO. 1:04-CV-6767 REC TAG<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

This Court, the Honorable Magistrate Theresa A. Goldner, having considered the stipulation of the parties that the settlement conference in this matter, currently scheduled for October 20, 2005, be continued by the Court to a date convenient for the court's schedule in November after November 8, 2005 or early December with the exception of the following dates: November 21 – 25, 2005, November 28, 2005 and December 5, 2005 and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the settlement conference, currently scheduled for October 20, 2005 shall be and hereby is continued to _December 2_, 2005 at _10:30 a.m._ at the

-1-

[PROPOSED] ORDER

1 | United States District Court located at 1200 Truxton Avenue, Ste 120, Bakersfield, California, ^chambers
2 | 93301. Parties to submit confidential settlement conference statement at least five court days prior to settlement conference.
3 |
4 | 10/19/2005                                   /s/ Theresa A. Goldner
  | DATE                                          UNITED STATES MAGISTRATE JUDGE

-2-
[PROPOSED] ORDER