1  **RICHARDSON & HARMAN, LLP**
Paul F. Schimley   97877
2  Richard C. Moore   111840
234 East Colorado Blvd., Suite 800
3  Pasadena, California 91101
Telephone:  (626) 449-5577
4  Facsimile:  (626) 449-5572
Attorneys for Defendant,
5  KERN SCHOOLS FEDERAL CREDIT UNION

6

**LAW OFFICE OF KEVIN D. CHAFFIN**
7  Kevin D. Chaffin   193245
674 County Square Drive, Ste 309
8  Ventura, CA 93003
Telephone:  (805) 650-8200
9  Facsimile:  (805) 715-7003

10 Attorneys for Plaintiff
MARILYN GRAULICH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GRAULICH, | CASE NO.  CIV-F-04-6767 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION; ORDER THEREON** <br> **[Rule 41(a)]** |
| KERN SCHOOLS FEDERAL CREDIT UNION; and Does 1 through 10, Inclusive. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff MARILYN GRAULICH, with the consent of her attorney Kevin Chaffin, and Defendant KERN SCHOOLS FEDERAL CREDIT UNION, with the consent of its attorney Paul F. Schimley of Richardson & Harman, LLP, that the instant action may and shall be dismissed, with prejudice, in its entirety.

-1-

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION; ORDER THEREON [Rule 41(a)]**

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED AND AGREED** that each party to this proceeding shall bear her/its own attorney's fees and costs in the matter.

DATED: December 6, 2005      /s/ Marilyn Graulich
MARILYN GRAULICH

DATED: December 6, 2005      /s/ Barbara Cruz
KERN SCHOOLS FEDERAL CREDIT UNION

By: Barbara Cruz
Its: Vice President of Human Resources

DATED:      **LAW OFFICE OF KEVIN D. CHAFFIN**

     /s/ Kevin D. Chaffin, Esq.
Kevin D. Chaffin, Esq.
Attorneys for Plaintiff
MARILYN GRAULICH

DATED:      **RICHARDSON & HARMAN, LLP**

     /s/ Paul F. Schimley, Esq.
PAUL F. SCHIMLEY, ESQ.
Attorneys for Defendant,
KERN SCHOOLS FEDERAL CREDIT UNION

## **ORDER**

The Court having considered the foregoing stipulation

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the instant action shall be and hereby is dismissed with prejudice.

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION; ORDER THEREON [Rule 41(a)]**

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party to this
2    proceeding shall bear her/its own attorney's fees and costs pursuant to the aforementioned
3    stipulation

5    <u>  Janaury 24, 2006  </u>                    /s/ ROBERT E. COYLE
     **DATE**                                **UNITED STATES DISTRICT JUDGE**

-3-
**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF ENTIRE ACTION; ORDER THEREON [Rule 41(a)]**

PDF created with pdfFactory trial version www.pdffactory.com